## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 6:14-cr-89-Orl-22TBS

RYAN SCOTT JACKSON

_____

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R. Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count ONE of

the Indictment. After cautioning and examining the Defendant under oath concerning each of the

subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and

that the offense charged is supported by an independent basis in fact containing each of the essential

elements of such offense.  I therefore recommend that the plea agreement and the plea of guilty be

accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The

Defendant is in custody of the U.S. Marshal pending sentencing.

Date:  May 22, 2014

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:

United States Attorney
Federal Public Defender
District Judge